UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : **UNSEALING ORDER**

        -v.- : 15 Mag. 2508

ANTHONY R. MURGIO,

        Defendant.

- - - - - - - - - - - - - - - - - x

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Nicole Friedlander;

    It is found that the Complaint in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have the Complaint unsealed; it is therefore

    ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
           July 21, 2015

                                      _/s/ Kevin Nathaniel Fox_
                                      THE HONORABLE KEVIN NATHANIEL FOX
                                      United States Magistrate Judge
                                      Southern District of New York



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 21, 2015

**BY HAND**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    ***United States v. Anthony R. Murgio.***, 15 Mag. 2508

Dear Judge Fox:

    A complaint was previously filed under seal in the above-referenced action against defendant Anthony R. Murgio. Murgio has been arrested, and the sealing of the complaint is no longer necessary to protect the confidentiality of the Government's investigation. Accordingly, the Government respectfully requests that the complaint be unsealed immediately.

    A proposed unsealing order is enclosed for the Court's consideration.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney
                              Southern District of New York

                              */s/ Nicole Friedlander*
                              Nicole Friedlander
                              Assistant United States Attorney
                              (212) 637-2211

Enclosure