# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

April 26, 2016

**BY ECF**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Anthony Murgio
     15 Cr. 769  (AJN)

Dear Judge Nathan:

   I am the attorney for Anthony Murgio in the above-referenced matter.  I am writing the Court to request permission for appointed defense counsel to submit interim vouchers in this matter. The volume of work in the matter is great, and it would be a hardship for counsel to await the conclusion of the entire case before submitting billing.  Such billing on an interim basis will follow all local rules applicable thereto.

   Thank you very much for your consideration of this matter.

                                   Sincerely,

                                   Robert A. Soloway

RAS:sc