# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

LUCAS ANDERSON

June 10, 2016

**BY ECF**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Anthony Murgio
15 Cr. 769 (AJN)

Dear Judge Nathan:

Brian Klein and I represent Anthony Murgio in the above referenced matter.  This letter is written seeking a modification of the conditions of our client's release.

With no objection from the government, Anthony Murgio seeks permission to have unsupervised contact with his father, Michael Murgio, who has now become a co-defendant in this case.  We seek permission for the conditions of Anthony's bail to mirror those set by your Honor at Michael Murgio's presentment on May 10, 2016. Your Honor's "Order Setting Conditions of Release" in Michael's case provides, in pertinent part:

> the defendant shall avoid contact with victims or witnesses of the crime charged with the exception of three individuals: Anthony Murgio, Mary Jo Oswald, and Frank Oswald, with respect to those individuals, counsel need not be present, but the deft shall refrain from discussing the substance of the case.

Our client's conditions currently provide, in relevant part, that he must have "no communication with persons associated with Coin.Mx." (See Pacer Document 8 at p. 5).  We seek a modification

Hon. Alison J. Nathan
June 10, 2016
Page Two

which will effectuate the Order in Michael Murgio's case permitting
Michael to have contact with his son Anthony without counsel
present.  Such contact is now permitted for Michael, but is not
presently included among Anthony's release conditions.
Accordingly, and without opposition from the government, we
respectfully request that Anthony's conditions be modified to read:

> The defendant shall avoid contact with victims or
> witnesses of the crime charged with the exception of
> Michael Murgio and other family members, and with
> respect to them, counsel need not be present, but
> the defendant shall refrain from discussing the
> substance of the case.

Thank you for your attention to this matter.

Sincerely,

Robert A. Soloway

RAS:sc