UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :    S3 15 Cr. 769 (AJN)
     - against -                    :
                                    :    NOTICE OF MOTION
ANTHONY MURGIO,                     :
                      Defendant.    :
                                    :
------------------------------------X

    PLEASE TAKE NOTICE, that upon the annexed declaration of Robert A. Soloway, sworn to the 13th day of June, 2016, and the exhibits annexed thereto, upon the Memorandum of Law dated June 13, 2016, and upon all of the proceedings previously had herein, the defendant, Anthony Murgio, by his attorneys, Brian E. Klein and Robert A. Soloway, will move this Court at a date and time convenient thereto, for an Order compelling the government to provide further particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, and for the production of documents and things pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and for such other relief as the Court deems just and proper.

Dated:  New York, New York
        June 13, 2016

                                    ROTHMAN, SCHNEIDER,
                                        SOLOWAY & STERN, LLP
                                  Attorneys for Defendant
                                  100 Lafayette Street
                                  New York, New York  10013
                                  (212) 571-5500

                     By: _____
                         ROBERT A. SOLOWAY