## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

September 9, 2016

<u>Via ECF</u>
Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:   United States v. Anthony Murgio
              15 Cr. 769 (AJN)

Dear Judge Nathan:

    Brian Klein and I represent Anthony Murgio in the above-referenced matter. I am writing to request a modification of bail conditions that would allow Mr. Murgio to attend the wedding of his long-time friend in Indianapolis. Specifically, Mr. Murgio requests leave to fly from Florida to Indiana on September 17, 2016 to attend his friend's wedding, which will take place at 5295 Emerson Way in Indianapolis, with a return flight on September 19. While in Indianapolis, Mr. Murgio plans on staying at a bed and breakfast located at 7159 Edgewater Place.

    The Pretrial Services Office has indicated that Mr. Murgio has been in compliance with his conditions of pretrial release, and neither Pretrial nor the government object to the instant request for a modification of his bail conditions.

    Therefore, it is requested that Your Honor endorse this letter as an Order authorizing Mr. Murgio to travel to Indianapolis from September 17 through September 19.

    If the Court has any questions about this request, please contact my office.

Respectfully submitted,

/s/
Robert A. Soloway