# CREIZMAN LLC

ERIC M. CREIZMAN
PARTNER
ATTORNEY AT LAW

565 FIFTH AVENUE  7TH FLOOR
NEW YORK, NEW YORK 10017
TEL: (212) 972-0200
FAX: (646) 200-5022
ECREIZ@CREIZMANLLC.COM
WWW.CREIZMANLLC.COM

*Via ECF*

June 8, 2017

The Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10017

**Re:**    ***United States v. Yuri Lebedev, et al.*, 15-CR-769 (AJN)**

Dear Judge Nathan:

I am writing to respectfully request an adjournment of Yuri Lebedev's sentencing date from July 20, 2017, to a date in September 2017, other than September 20 through 22 and September 29, that is convenient to the Court.  The government opposes this motion.  The attorneys for Trevon Gross do not oppose this motion.

There are two principal reasons for this request.  *First*, the Probation Department has calculated Mr. Lebedev's sentencing guidelines at a level of 108-135 months.  For its part, the government has suggested to us in recent correspondence that its Guidelines calculation for Mr. Lebedev is even more severe than that of the Probation Department.  We not only disagree with the Probation Department's calculation of the applicable Guidelines, but its summary of the offense conduct.  Given the lengthy trial transcript and relevant exhibits, we intend to prepare a comprehensive submission, using the evidence at trial, to address and correct the Probation Department's summary, as well as to present the mitigating circumstances of Mr. Lebedev's conduct.  Although we understand that the Court, in sentencing Mr. Lebedev, must accept the guilty verdict returned by the jury, we do not believe that it follows that the Court must accept all the inferences and conclusions from the evidence that the Probation Department, and presumably the government, urges. Thus, we expect to prepare a comprehensive sentencing submission in this manner that will serve to fully address the appropriate calculation of the Guidelines range and the mitigating circumstances concerning the offense conduct for which Mr. Lebedev was found guilty, as well as personal and family circumstances, which, when considered in full,

Hon. Alison J. Nathan
June 8, 2017
2|Page

warrant a substantial variance from the sentencing guidelines range to achieve the goals of
sentencing under 18 U.S.C. §3553(a).

This is not a task, however, that can easily be accomplished under the existing deadlines,
especially when we have other substantial commitments.  The trial in this case lasted four to five
weeks, during which our firm's caseload was held at a standstill.  Our schedule for the next
several months includes, among other things, two substantial appeals, a habeas motion, and
preparation for a trial scheduled for October before Judge Gardephe.  We believe that given the
voluminous record at trial, and the need to prepare the most effective sentencing presentation to
the Court (as well as Probation), we would greatly benefit from an additional six to eight weeks.
Not only will the additional time enable us to provide the best advocacy possible for Mr.
Lebedev, but we submit that the Court will benefit from a clear and thorough presentation of the
facts that we believe warrant a substantially more lenient sentence than that the government will
ask this Court to impose.

The second reason for our request is to enable Mr. Lebedev to accomplish some very
important goals before he is sentenced.  As an initial matter, about two months ago, Mr. Lebedev
obtained employment as a programmer.  We understand that his employer has been very pleased
with his performance.  It is Mr. Lebedev's hope that even an extra two months will enable him,
by far the principal breadwinner in the house, to be able to earn additional money to support his
wife and three young children.  Just as important, the additional time will enable him to prove his
worth to his current employer, so that no matter what the outcome is at sentencing, he hopefully
will have a concrete opportunity to continue to earn a living.

Furthermore, Mr. Lebedev has been enrolled in courses with the goal of obtaining his
PhD in computer science.  As the Court is aware, Mr. Lebedev already has a Phd in mathematics,
and master's degrees in computer science and in physics.  While Mr. Lebedev just began his
dissertation, and will not be able to complete the necessary steps to achieve his PhD in computer
science before sentencing, he is currently enrolled in courses and he would like to accomplish as
much as he can in pursuit of his studies before sentencing, which can only benefit Mr. Lebedev
and his family, no matter what the outcome at sentencing.  Mr. Lebedev's commitment to his
studies is sincere and resolute.  Indeed, notwithstanding the tremendous stress he was under at
trial, Mr. Lebedev spent time at the defense table working on equations and studying for tests.
Remarkably, on his final exam, which he took in Jacksonville during a break in the trial, he
achieved an A-.

The government would agree to a modest extension of the sentencing date, but would
oppose any sentencing date after July 2017.  With all due respect to the government's position,
we do not see how the government will be prejudiced by an adjournment of six to eight weeks.
On the other hand, the requested adjournment would greatly benefit Mr. Lebedev, his family, and
the quality of our submissions, so that we can present Mr. Lebedev's sentencing case in the most
persuasive fashion possible.

Hon. Alison J. Nathan
June 8, 2017
3|Page

Accordingly, we request that the Court grant Mr. Lebedev's request for an adjournment of his sentencing date to a date in September 2017 that is convenient to the Court, other than September 20-22, and September 29.

We thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman (EC 7684)

cc:  All counsel (by ECF)