Re: Cause Number 17-cr-3691
Anthony Murgio
to:
Nathannysdchambers@nysd.uscourts.gov
12/12/2017 02:19 PM
Hide Details
From: Anthony Murgio

To: "Nathannysdchambers@nysd.uscourts.gov" <Nathannysdchambers@nysd.uscourts.gov>

United States of America

Vs.

Anthony Murgio

Honorable Judge Nathan,

This is Anthony Murgio. As you know by now, I am wanting to appeal my case due to my counsels ineffective assistance. I filed a motion for new trial and was wanting to know what the status of this is. I am writing because I am set to turn myself in January 5th of 2018 and would like the possibility to present my case prior to being incarcerated. I do feel that once incarcerated, being able to properly make a case and defend my self will become a much harder road for me. I understand it is the holiday season and I am sure your schedule is tight. I appreciate your consideration.

Respectfully,

Anthony Murgio

Pro Se

12/12/2017