UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 4 2017
```

United States of America,

—v—

Anthony Murgio,

                Defendant.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Government is directed to submit a response to Defendant Anthony Murgio's motion for a new trial by 5pm on December 15, 2017. *See* Dkt. No. 649.

    This Order will be mailed to the pro se Defendant by Chambers.

SO ORDERED.

Dated: Dec 14, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1