# Exhibit A

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of December, two thousand and seventeen.

_____

United States of America,

     Appellee,

v.

Anthony R. Murgio, AKA Sealed Defendant 1,
Yuri Lebedev,

     Defendants - Appellants.

_____

**ORDER**

Docket Nos. 17-3691(L), 17-3758(Con), 17-3808(Con)

     Robert A. Soloway moves to be relieved as counsel for Appellant Anthony R. Murgio. Appellant Murgio has indicated that he is attempting to retain appellate counsel, but that he will proceed *pro se* for the time being.

     IT IS HEREBY ORDERED that the motion to be relieved is GRANTED. A copy of this order and *pro se* instructional forms shall be mailed to Appellant Murgio at the following address: Anthony R. Murgio, 4504 West Spruce Street, Apt 241, Tampa, Florida 33067.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court