UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Anthony Murgio,

              Defendant.

15-cr-769 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 8 2017

ALISON J. NATHAN, District Judge:

    For the reasons expressed in the Government's letter, *see* Dkt. No. 687, the Court lacks jurisdiction to grant the relief Defendant seeks, *see* Dkt. No. 649. In any event, even if the Court had jurisdiction to consider the application, the Court would deny the Defendant's motion.

    This resolves Docket Number 649.

    This Order will be mailed to the pro se Defendant by Chambers.

SO ORDERED.

Dated: Dec 18, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1