UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

—v—

Anthony Murgio,

              Defendant.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 22, 2018, Joseph Murgio filed a petition for the return of cash bail that he had posted for Defendant Anthony Murgio. Dkt. No. 735. The Government shall file a response to that petition on or before May 30, 2018.

SO ORDERED.

Dated: May 23, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1