UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Anthony R. Murgio,

Defendant.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On September 5, 2023, Defendant Anthony R. Murgio, acting *pro se*, filed a motion for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1). Dkt. No. 809. The Government shall file any response to Defendant's motion, which should include the views of the probation department, by no later than **September 19, 2023**. Defendant may file any reply no later than **October 3, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Murgio and to note the mailing on the public docket.

SO ORDERED.

Dated: September 5, 2023
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation