UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY R. MURGIO,

                              Movant,

              -v.-

UNITED STATES OF AMERICA,

                              Respondent.

24 Civ. 3460 (KPF)
15 Crim. 769 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The U.S. Attorney's Office shall file an answer or other pleadings in response to the motion on or before **July 15, 2024**.  Movant shall file a response on or before **August 19, 2024**.  Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

The Clerk of Court is directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.  The Clerk of Court is further directed to mail a copy of this order to Movant at his address of record.

SO ORDERED.

Dated:   May 16, 2024
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge