

**United States District Court**
**Southern District of New York**

United States of America,
Plaintiff,

v.

Anthony Murgio,
Defendant.

USDC Case No. 1:15-cr-769



**Motion for Permission to Travel Internationally**

**To the Honorable Judge Katherine Polk Failla:**

**MEMO ENDORSED**

### 1. Introduction

Defendant Anthony Murgio, by and through undersigned counsel, respectfully moves this Court for an Order permitting Defendant to travel internationally between July 1, 2024, and August 5, 2024, specifically to Italy, Spain, and Croatia. Additionally, Defendant requests the Court to grant the Probation Officer the authority to approve future international travel requests until the end of Defendant's probation in January 2025.

### 2. Background

This Court sentenced Defendant in case number 1:15-cr-769. Defendant has been compliant with all terms of probation since the commencement of the probation period. Defendant's probation is set to terminate in January 2025.

### 3. Basis for the Request

Defendant seeks permission to travel internationally for the following reasons:

a. **Family Trip**: Defendant wishes to travel with family members & friends in Italy, Spain, and Croatia during the specified period. b. **Compliance with Probation**: Defendant has remained fully compliant with all conditions of probation, including regular check-ins with the Probation Officer, attendance at all required programs, and maintaining good conduct. c. **Probation Officer's Support**: Defendant has discussed this request with the Probation Officer, who has stated that they are not opposed so long as the Judge grants approval.

### 4. Proposed Travel Itinerary

Defendant will provide detailed travel information, including flight and accommodation details, to the Probation Officer prior to departure.

## 5. Request for Ongoing Travel Approval

Defendant further requests that the Court grant the Probation Officer the authority to approve future international travel requests, whether for business or personal reasons, until the termination of Defendant's probation in January 2025. This will allow for efficient and timely handling of any necessary travel, ensuring that Defendant can attend to personal and business matters without recurring court interventions.

## 6. Conclusion

For the reasons stated above, Defendant respectfully requests that this Court:

a. Grant permission for Defendant to travel internationally to Italy, Spain, and Croatia between July 1, 2024, and August 5, 2024. b. Grant the Probation Officer the authority to approve future international travel requests, whether for business or personal reasons, until the termination of Defendant's probation in January 2025.

Respectfully submitted,

Anthony Murgio
915 North Franklin St Unit 816
Tampa, Florida, 33602

Date: May 22, 2024

---

Defendant's request for permission to travel internationally between July 1, 2024, and August 5, 2024, is hereby GRANTED.

Defendant's request that this Court grant Defendant's Probation Officer the authority to approve future international travel requests until the termination of Defendant's probation is hereby DENIED.

The Clerk of Court is directed to terminate the pending motion at docket entry 816.

Dated:     June 4, 2024              SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE